UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20238-CR-GAYLES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

HORACIO VILES VELEZ,

   Defendant.
_____/

MEMORANDUM IN AID OF SENTENCING

  Horacio Viles Velez files this memorandum in aid of his sentencing scheduled for September 7, 2021, and requests this Court downward vary from the guideline range. This memorandum does not address all the 18 U.S.C. § 3553 factors, but will address only the need to avoid ==unwarranted sentencing disparities==. The remaining factors will be argued at sentencing.

  Title 18 U.S.C. 3553(a)(6) dictates that, in fashioning a sentence that is sufficient but not greater than necessary to effect the purposes of sentencing, this Court should avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct. Although this case, and many like it, involve a large amount of cocaine, numerous courts in this district have recognized that a sentence significantly below the guidelines is appropriate to meet the purposes of sentencing. Some of these cases are as follows:

| Case number | Defendant(s) | Amount of Cocaine | Sentence |
|---|---|---|---|
| 16-20562-CR-RNS | Francisco Jairo Ortiz Valencia | 852 kg | 60 Months |
| 17-20128-CR-KMW | William Fernando Bonilla Rodriguez | 780 kg | 66 months |
| 17-20203-CR-DPG | Eduardo Alfredo Quinonez Micolta | 943 kg | 72 months |
| 17-20252-CR-MGC | Angel Domingo Orejuela Aguino<br>Geovanny Calderon Calderon | 740 kg | 59 months |
| 17-20568-CR-FAM | Lenin Dario Iler Reyes<br>Edwin Ruiz Bravo<br>Miguel Anchundia Saltos | 759 kg | 74 months<br>75 months<br>60 months |
| 17-20805-CR-KMW | Jose Ricardo Bautista-Vasquez | 647 kg | 24 months |
| 17-20855-CR-CMA | Eustasiguio Boya | 1,044 kg | 72 months |
| 17-60050-CR-RNS | Jhonny Patricio Caicedo-Ayovi | 1,114 kg | 40 months |
| 18-20574-CR-UU | Jose Carlos Ramirez-Lopez<br>Ivan Castaneda Ramirez | 1,149 kg | 72 months |
| 18-20603-CR-CMA | Francisco Castillo Riascos<br>Luis Leon Escobar<br>Lider Alexander Banquera | 2,263 kg | 47 months<br>61 months<br>52 months |
| 18-20795-CR-DPG | Leonardo Javier Franco Anchundia<br>Erick Mendoza Franco | 515 kg | 72 months |
| 18-20913-CR-MGC | Ramon Isauro Alvia Chavez | 1300 kg | 57 Months |
| 19-20413-CR-SCOLA | Jorge Eliecer Rios Martinez | 1751 kg | 72 months |

In order to avoid unwarranted sentencing disparities, and for all additional reasons that will be presented at the sentencing, this Court should downward vary in this case.

Respectfully submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: */s/Julie Holt*
Assistant Federal Public Defender
Florida Bar No.: 95997
150 W Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
julie_holt@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **September 3, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/Julie Holt*
                                            Julie Holt